UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

BYRON ROBERT WINTER,

Petitioner,

v.

WASHINGTON STATE DEPARTMENT OF CORRECTIONS,

Respondent.

NO. CV-05-046-MWL

**ORDER ADOPTING REPORT AND RECOMMENDATION TO DISMISS PETITION WITH PREJUDICE**

Magistrate Judge Leavitt filed a Report and Recommendation on March 25, 2005, recommending Petitioner's Petition for Writ of Habeas Corpus (Ct. Rec. 1) be dismissed with prejudice. (Ct. Rec. 2.) On April 1, 2005, Petitioner timely filed objections to the U.S. Magistrate Judge's Report and Recommendation. (Ct. Rec. 3.)

Petitioner objects to a Magistrate Judge considering his petition rather than an Article III Judge. Because the undersigned Article III Judge decides the disposition of the petition, this objection is without merit.

Petitioner objects to the habeas corpus form used by the district court and to the finding of the Magistrate Judge that his assertions are frivolous. (Ct. Rec. 2.) For the reasons given by the Magistrate Judge, Mr. Winter's objections are not well taken.

Accordingly,

**IT IS HEREBY ORDERED** that the Magistrate Judge's Report and Recommendation to dismiss Petitioner's Petition for Writ of Habeas

Corpus with prejudice (Ct. Rec. 2) is **ADOPTED** in its entirety. Petitioner's Petition for Writ of Habeas Corpus (Ct. Rec. 1) is **DENIED** and **DISMISSED with prejudice**. The parties shall bear their own costs.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order, prepare and enter judgment accordingly, forward copies to the parties, and close the file.

**DATED** this 13th day of April, 2005.

s/ Edward F. Shea
HON. EDWARD F. SHEA
UNITED STATES DISTRICT COURT JUDGE